FILED

08/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0202

## IN THE SUPREME COURT OF THE STATE OF MONTANA

## Case No. DA 20-0202

ALLAN MARGITAN,

      Plaintiff/Appellant,

vs.

STEPHEN MATTHEW McAFEE and
GREG MORAN

      Defendants/Appellees.

---

*ORDER GRANTING APPELLEE'S UNOPPOSED*
*FIRST MOTION FOR 30-DAY EXTENSION*
*OF TIME TO FILE RESPONSE BRIEF*

---

On Appeal from the Montana Fourth Judicial District Court
Missoula County, Cause No. DV-15-195
Before Hon. Jason Marks

---

| | |
|---|---|
| Quentin M. Rhoades | Mitchell J. Vap |
| Robert Erickson | John F. Haffey |
| RHOADES SIEFERT & | HAFFEY VAP, PLLC |
| ERICKSON PLLC | P.O. Box 8718 |
| 430 Ryman Street | Missoula, MT 59807 |
| Missoula, Montana 59802 | admin@haffeyyap.com |
| Telephone: 406-721-9700 | *For Appellee Greg Moran* |
| qmr@montanalawyer.com | |
| erickson@montanalawyer.com | Carey Schmidt |
| *For Appellant* | Schmidt Law Firm PLLC |
| | 1917 South Higgins Ave. |
| | Missoula, MT 59801 |
| | carey@blackfootlaw.com |
| | *For Appellee Stephen Matthew McAfee* |

Upon motion of Appellee Greg Moran, and for good cause shown,

IT IS HEREBY ORDERED that Appellee's motion is GRANTED. Appellee shall have up to September 17, 2020, in which to file his Response Brief.

ORDER GRANTING FIRST REQUEST FOR EXTENSION OF TIME

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 13 2020